## Z. GATES V. J. M. RANSOM.

AT the October Term, 1881, of the district court of Smith county, plaintiff *Ransom* had judgment against defendant *Gates*, who brings the case to this court.

*A. Saxey*, for plaintiff in error.

*Hays & Finn*, for defendant in error.

*Per Curiam:* The questions in this case are precisely like those in *Tarpenning v. Cannon,* ante, p. 665.    Therefore the judgment of the district court will be affirmed, excepting the part relating to costs; and the case will be remanded, with direction to the court below to retax the costs according to the views expressed in *Tarpenning v. Cannon.*